UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNDSAY CAFAGNO, | : |
| Plaintiff, | : CIVIL ACTION<br>: NO. 3:19-CV-00442-JAM |
| v. | : |
| PARTY CITY CORPORATION, | : |
| Defendant. | : APRIL 8, 2019 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Party City Corporation, through its undersigned counsel, states that it is a wholly-owned subsidiary of Party City Holdings Inc., which in turn is a wholly-owned subsidiary of the publicly traded company Party City Holdco Inc. No publicly held corporation holds 10% or more of Party City Corporation's stock.

PARTY CITY CORPORATION

By   /s/ Patricia E. Reilly
    Patricia E. Reilly – ct08352
    preilly@murthalaw.com
    Martha M. Royston – ct29835
    mroyston@murthalaw.com

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  203.772.7700
Facsimile:   203.772.7723
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2019, a true and correct copy of the foregoing document has been filed electronically and served on the parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

/s/ Patricia E. Reilly
Patricia E. Reilly